# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

IN RE:  
Ana M Gonzalez,  
     Debtor(s).

Case No. 9:09-bk-23167-ALP  
Chapter 13

## EX PARTE ORDER LIFTING THE AUTOMATIC STAY
## IN FAVOR OFUS BANK MORTGAGE

THIS CASE came before the Court on the Motion for Relief from the Automatic Stay filed by Us Bank N.A. its Successors and/or Assigns. ("Secured Creditor") (Docket No.39 ), and upon the Affidavit of Collateral Surrender, and the Court being otherwise more fully advised in the premises, it is:

**ORDERED**:

1. Secured Creditor's Motion for Relief from the Automatic Stay is granted.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at 5321-23 27TH Street South West, Lehigh Acres, Florida 33971, legally described as:

> **LOT 6, BLOCK 13, LEHIGH ESTATES UNIT 2, SECTION 31, TOWNSHIP 44 SOUTH, RANGE 26 EAST, LEHIGH ACRES, ACCORDING TO THE MAP OR PLAT THEREOF ON FILE IN THE OFFICE OF THE CLERK OF CIRCUIT COURT, RECORDED IN PLAT BOOK 15, PAGE 82, IN THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA.**

3. This Order lifting the automatic stay is entered for the sole purpose of allowing US Bank N.A. its Successors and/or Assigns. to pursue its lawful *in rem* remedies as to the above-described property and said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor(s).

4. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

**DONE** and **ORDERED** in Chambers at Tampa, Florida on March 26, 2010.

Alexander L. Paskay
United States Bankruptcy Judge

Copies to:
Oscar A. Gomez, Esq.
Attorney for US Bank Mortgage
Law Offices of David J. Stern, P.A.
900 South Pine Island Road, Suite 400
Plantation, FL 33324-3920

Ana M Gonzalez, 15497 Spring Line Lane, Fort Myers, FL 33905

Jon Waage, Trustee, P O Box 25001, Bradenton, FL 34206-5001

Edward R Miller, Gregory Champeau and Richard J Hollander, Attorney for the Debtor(s)

Miller and Hollander, 2430 Shadowlawn Drive, Suite 18, Naples, FL 34112
08-13579(FRB) FM .mfr